### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

**UNITED STATES OF AMERICA**

v.   Criminal No. 5:20-cr-00145

**JULIE M. WHEELER**
**RODNEY WHEELER**

### O R D E R

On August 18, 2020, the Grand Jury, after retiring to their chambers and having considered its presentments, returned a report to the Court and presented the above-captioned matter as an indictment to be returned this date.

Upon motion by the United States, it is **ORDERED** that a bench warrant be issued forthwith for each defendant. Law enforcement officers shall be authorized to take necessary and appropriate measures to effect the defendant's arrest.

The Clerk is directed to send a copy of this Order to the United States Attorney, United States Marshal, and the United States Probation Office.

**ENTER:** August 19, 2020

Dwane L. Tinsley
United States Magistrate Judge