# UNITED STATES DISTRICT COURT

# FOR

# SOUTHERN DISTRICT OF WEST VIRGINIA

### Report on Offender Under Pretrial Supervision

**Name of Offender:** Rodney Wheeler        **Case Number:** 5:20CR00145-002

**Name of Judicial Officer:**  Honorable Omar J. Aboulhosn, United States Magistrate Judge

**Date of Release on Bond:** August 25, 2020

**Original Offense:**  Title 21 U.S.C. § 371 – Conspiracy to Obstruct Justice

## NONCOMPLIANCE SUMMARY

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of condition number 7(p)(iii): The defendant must participate in home incarceration and comply with its requirements as directed. You are restricted to 24-hour-a-day lock down at your residence except for medical necessities and court appearances or other activities specifically approved by the court:** |
| | On August 25, 2020, this officer reviewed the location monitoring participant agreement with the defendant. The defendant signed the agreement and stated he understood the program requirements. On August 31, 2020, the defendant was not approved to leave his residence. However, at 10:03 A.M., the defendant left his residence without permission. This officer spoke to Mr. Wheeler at 10:22 A.M., who reported he initially left his residence to attend a meeting at Child Protective Services that he thought was scheduled for that day, however, the meeting was actually scheduled for September 3, 2020. The defendant was informed he was in violation of his conditions and he was instructed to turn around and return home. The GPS beacon indicated he returned to his residence at 10:45 A.M. A review of the defendant's GPS coordinates did not reveal any additional suspicious activity. |

RE: Rodney Wheeler  Report on Offender Under
DOCKET NO. 5:20CR00145  Pretrial Supervision

**U.S. Probation Officer Action:**

This officer verbally reprimanded the defendant and reviewed the defendants bond conditions. This officer will continue to maintain contact with the defendant and monitor his compliance with GPS programming. This officer will advise the Court of any further violations.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Justin Arthur
United States Probation Officer Assistant
September 3, 2020

*No response is necessary unless the Court directs that additional action be taken as follows:*

[ ] Warrant
[ ] Summons
[X] No Action Taken at this Time

_____
Honorable Omar J. Aboulhosn
United States Magistrate Judge

_____
Date

2