IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**UNITED STATES OF AMERICA**

v.  Criminal No. 5:20-00145-02

**RODNEY WHEELER**

## MOTION TO SCHEDULE A GUILTY PLEA HEARING

Comes now the defendant, Rodney Wheeler, by counsel, Assistant Federal Public Defender Lorena E. Litten, and respectfully requests this Honorable Court to schedule a date, time and location for a guilty plea hearing to be held with regard to the above-captioned action.

Date: December 15, 2020.                Respectfully submitted,

**RODNEY WHEELER**

By Counsel

**WESLEY P. PAGE**
**FEDERAL PUBLIC DEFENDER**

**s/ Lorena E. Litten**
Lorena E. Litten, Bar No. 12226
Assistant Federal Public Defender
300 Virginia Street, East, Room 3400
Charleston, WV 25301
Telephone: (304) 347-3350
Facsimile: (304) 347-3356
E-mail: lorena_litten@fd.org