

FILED

JAN - 5 2020

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF WEST VIRGINIA
### AT CHARLESTON

UNITED STATES OF AMERICA

v.                                    CRIMINAL ACTION NO. 5:20-00145-2

RODNEY WHEELER

### GUILTY PLEA

In the presence of Lorena E. Litten, my counsel, who has fully explained the charges contained in the indictment against me and, having received a copy of the indictment from the United States Attorney before being called upon to plead, I hereby plead GUILTY to Count One of the single-count indictment.

_____1/5/2021_____
Date

_____
Rodney Wheeler

Witness:

_____
Counsel for defendant