# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

Date:   4/5/2021                                                                          Case Number        5:20-cr-00145

Case Style              USA v. Rodney Wheeler

Type of hearing         Sentencing

Before the honorable:  2508-Copenhaver

Court Reporter          Catherine Schutte-Stant              Courtroom Deputy   Mary Anne Williams

Attorney(s) for the Plaintiff or Government

Erik S. Goes

Attorney(s) for the Defendant(s)

Lorena Litten

Law Clerk

Probation Officer    Michelle Wentz

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 1:35 PM | 2:11 PM | Non-Trial Time/Uncontested Time |

Non-Trial Time/Uncontested Time 00:36

## Courtroom Notes

1:30 case set

1:35 - case called; defendant sworn; defense counsel reviewed presentence report thoroughly and he understands; defendant read presentence report, went over with counsel, counsel explained, defendant understands everything
No objections to Presentence Report
Parties agree report is factually accurate
Parties agree to TOL 13 + I = 12-18 months
Parties agree to all supervised release conditions as set forth in PSR
Special Assessment is unpaid
Parties addressed the court prior to sentencing
Court stated reasons for sentence including 3553(a) factors finding that a downward variance is appropriate to TOL 11 + I = 8 - 14  months
Sentenced 2 months imprisonment; 6 months home confinement; 3 years supervised release; $100 special assessment to be paid in full by May 5, 2021; $1,000 fine to be paid as set forth on the record;  No restitution
14 days to appeal
Defendant to self report as further condition of bond by 2:00 p.m. on May 21, 2021, to an institution designed by the BOP, or if no designation, to the U.S. Marshal
2:11 p.m. concluded