Felicia Kirk
███████████████
Beaver WV 25813

3-25-2021

To Whomever it may concern:


We have known Rodney Wheeler and his family for the past 2 years and have been the foster parents of his sons for the past 8 months. Our
own boys have spent many nights at the Wheeler's home and were always well taken care of. During our time of fostering Rodney's boys, They have
told us of many stories about their father and how good of a person and father he is. Both boys haven been raised into wonderful young men.
Rodney and Julie have done an amazing job at raising their two boys. My time as the foster mother, I have witnessed Rodney's care and concern for
his children. He has held a steady job, worked hard and has provided for their needs and wants this entire time. He has always made time for them and in my own opinion is an excellent father.

From knowing him personally, He is a very kind person who is willing to help anyone and everyone any way that he can and has always been dependable.
As the foster mother of his sons, ████████████ Wheeler, it is in my opinion, that both boys and Rodney would greatly benefit by being able to stay together as a family.  It is my sincere hope the court takes this letter into consideration at the time of sentencing.

Sincerely,

Felicia Kirk


COURT'S
EXHIBIT NO. 1
IDENTIFICATION/EVIDENCE
DKT. #
DATE: 4/5/2021

----- Forwarded Message -----
**From:** Martin Staunton <mstaunton@wvva.com>
**To:** Emi_ace2003@yahoo.com <emi_ace2003@yahoo.com>
**Sent:** Monday, March 29, 2021, 03:06:50 PM EDT
**Subject:** SUBJECT: Rodney Wheeler

To whom it may concern,

My name is Martin Staunton and I currently work as the Evening News Anchor for WVVA-TV in Bluefield, West Virginia.  I first met Rodney Wheeler at the dawn of my career as a broadcast journalist in 1990 at WOAY-TV in Oak Hill, West Virginia.  I've known him ever since and consider him my friend.  I'm aware of the trouble Rodney is in and volunteered to share my thoughts as the court considers a sentence for him.

Rodney has always been a kind and humorous individual willing to pitch in and help with projects at work, but on a personal level, I've known Rodney to be loyal and, in the case involving his wife, he's been loyal to a fault.  I believe reason went out the window when she approached him about trying to keep her out of prison for fraud.  If you've reviewed his past, you'll see Rodney has been a law abiding and productive member of society until this incident.  When the realization of what he did hit him, he provided prosecutors with what they needed to prove his wife was trying to evade the sentence she faced.  If he had it to do all over again, I'm 99.9% sure that he would not make the same mistake.

In closing, I truly believe if the court grants mercy and leniency in sentencing Mr. Wheeler, time will prove that he will not re-offend or even participate in any illegal scheme or enterprise.  If there are any questions the court has for me, I can be reached anytime on my cell phone at███████████.

Sincerely,

Martin Fitzgerald Staunton
Quincy Media, Inc. and its subsidiaries do not discriminate in the sale of advertising in any medium (broadcast, print, or interactive), and will accept no advertising which is placed with an intent to discriminate on the basis of race or ethnicity.